IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KURT BOCCANEGRA FISCHER, ) | Case No. 09-18456-RGM |
| ) | (Chapter 11) |
|     Debtor ) | |
| _____ ) | |

**MOTION TO APPOINT TRUSTEE**

Comes now Christopher S. Moffitt, counsel for Debtor's bankruptcy estate, and respectfully moves this Honorable Court for an order appointing a Chapter 11 trustee. As reason for his motion, counsel states that Lauralyn Welch and Kurt S. Fischer, Debtor's purported widow and son, respectively, have informed counsel of the Debtor's death on March 31, 2011.[1] In the absence of the Debtor, there is not anybody authorized to administer his estate.

Wherefore, for the reasons set forth above, Debtor. respectfully requests that the Court enter an order appointing a Chapter 11 trustee

MEMORANDUM OF POINTS AND AUTHORITIES

Rule 1016

11 U.S.C. Section 1104(a)(1).

                                                  /s/ Christopher S. Moffitt
                                                Christopher S. Moffitt #18195
                                                Christopher S. Moffitt, P.C.
                                                211 North Union Street, Suite 100
                                                Alexandria, Virginia 22314
                                                703/ 683-0075

                                                *Counsel for Debtor*

---

[1] Counsel is attempting to obtain a death certificate